No. 02–469. Black & Decker Disability Plan *v.* Nord. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1098.] Motion of

the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.